IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MYCHAEL JONES**                                                                                   **PLAINTIFF**

V.                                              NO: 4:08CV00225

**MARQUIS RODGERS and DART TRANSIT**
**COMPANY d/b/a DART TRANSPORT COMPANY**                          **DEFENDANTS**

### ORDER

Pending is Defendants' motion to compel. (Docket # 12). Plaintiff has filed a response. Based upon Plaintiff's response, the Court finds that Plaintiff has provided or agreed to provide the information requested by Defendants. Additionally, the Court finds the medical authorization supplied by Plaintiff to be sufficient and not overly burdensome. Pursuant to the authorization, Defendants are required to provide copies of the medical records obtained only if requested and at Plaintiff's expense. Such a request is not unduly burdensome and does not jeopardize any work product or attorney client privilege.

Accordingly, Defendants' motion to compel is denied.

IT IS SO ORDERED this 28th day of October, 2008.

_____
James M. Moody
United States District Judge