IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MYCHAEL JONES**                                                                                          **PLAINTIFF**

**V.**                                              **4:08CV00225 JMM**

**MARQUIS RODGERS and DART TRANSIT**
**COMPANY d/b/a DART TRANSPORT COMPANY**                    **DEFENDANTS**

## ORDER

Pending is Plaintiff's motion to compel. (Docket # 16). Defendants have responded. Based upon a review of the pleadings, it appears that the "qualifications file" of Defendant Marquis Rodgers contains the information sought by Plaintiff. Because Defendant is unable to locate Mr. Rodgers to obtain his authorization to release this file, the Court hereby directs the Defendant to produce the entire qualifications and personnel files of Defendant Marquis Rodgers.

Following Plaintiff's receipt of these files, Plaintiff is directed to confer with Defense counsel if any additional discovery items are sought. If the parties are unable to resolve any remaining discovery disputes, Plaintiff may file a motion addressing these issues with the Court.

Accordingly, Plaintiff's motion is granted in part and denied in part as set forth above.

IT IS SO ORDERED this 19th day of November, 2008.

_____
James M. Moody
United States District Judge