IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MYCHAEL JONES**                                                                                             **PLAINTIFF**

**V.**                                            **NO: 4:08CV00225**

**MARQUIS RODGERS and DART TRANSIT**
**COMPANY d/b/a DART TRANSPORT COMPANY**                        **DEFENDANTS**

### ORDER

Pending are Defendants' motions in limine, docket entries 51, 53, 55, 57, 59 and 61. The Court has been advised that the issues raised in the pending motions have been resolved.

Accordingly, the Clerk is directed to terminate the motions as moot.

IT IS SO ORDERED this 23rd day of April, 2009.

_____
James M. Moody
United States District Judge